**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ROSA MARIA EPINAYU #A246-170-906** | **CASE NO. 6:26-CV-03006 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN SOUTH LOUISIANA I C E PROCESSING CENTER** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 10], no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Respondents' Motion to Dismiss [Doc. No. 8] is **GRANTED** and the Petition for Writ of Habeas Corpus is **DISMISSED AS MOOT**.

MONROE, LOUISIANA, this 23rd day of November, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE